Judge: Marc Barreca
Chapter: 13
Hearing Date: December 09, 2015
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
1015 State Ave. Courtroom 1
Marysville,WA 98270
Response Date: December 02, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY VERONICA MANCINI,

        Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-14598

NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case** IS SET FOR HEARING as follows:

    Judge: Marc Barreca

    Place: Marysville Municipal Court
           1015 State Ave. Courtroom 1
           Marysville,WA 98270

    Date: December 09, 2015
    Time: 9:00 am

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THEN THE RESPONSE DATE, which is December 02, 2015.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: October 08, 2015

                                                                    /s/K. Michael Fitzgerald
                                                                    K. Michael Fitzgerald, WSBA# 8115
                                                                    Chapter 13 Trustee

CM160 jeb

NOTICE OF HEARING

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 15-14598-MLB    Doc 18    Filed 10/08/15    Ent. 10/08/15 11:00:08    Pg. 1 of 3

Judge: Marc Barreca
Chapter: 13
Hearing Date: December 09, 2015
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville,WA 98270
Response Date: December 02, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY VERONICA MANCINI,

    Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-14598

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case as follows:

The debtor filed a plan on September 22, 2015 (ECF No. 16).

The debtor is an above median income debtor. The debtor's amended B22C (ECF No. 17) produces a monthly disposable income of $478.89. This corresponds to a PDI of $28,733.40. The debtor's amended plan (ECF No. 16) lists a PDI of $0.00. The debtor will need to list her correct PDI in her plan. Additionally, the debtor's first plan (ECF No. 2) listed a PDI of $15,550.58. The debtor would have to note for hearing the changes that were made to her plan. The debtor testified at her 341 meeting that she owned a VW Passat that is not listed on her Schedule B. The debtor should amend the schedule to include this additional vehicle. The debtor should increase her plan payment for feasibility. Based on the Trustee's calculations of the scheduled and filed claims, the Trustee estimates the debtor's plan payment will need to be approximately $1,005.00 per month. The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

An order dismissing this case.

Dated: October 08, 2015

    /s/ K. Michael Fitzgerald
    K. Michael Fitzgerald, WSBA #8115
    Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jeb

Case 15-14598-MLB   Doc 18   Filed 10/08/15   Ent. 10/08/15 11:00:08   Pg. 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARY VERONICA MANCINI,<br><br>                Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 15-14598<br><br>*Proposed*<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jeb

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 15-14598-MLB    Doc 18    Filed 10/08/15    Ent. 10/08/15 11:00:08    Pg. 3 of 3