Judge: Marc Barreca
Chapter: 13
Hearing Date: October 14, 2015
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
                      1015 State Ave. Courtroom 1
                      Marysville, WA 98270

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY VERONICA MANCINI,

          Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-14598

TRUSTEE'S OBJECTION TO CONFIRMATION

    The Trustee objects to confirmation of the debtor's plan, filed September 22, 2015 (ECF No. 16) as follows:

    The debtor is an above median income debtor. The debtor's amended B22C (ECF No. 17) produces a monthly disposable income of $478.89. This corresponds to a PDI of $28,733.40. The debtor's amended plan (ECF No. 16) lists a PDI of $0.00. The debtor will need to list her correct PDI in her plan. Additionally, the debtor's first plan (ECF No. 2) listed a PDI of $15,550.58. The debtor would have to note for hearing the changes that were made to her plan. The debtor testified at her 341 meeting that she owned a VW Passat that is not listed on her Schedule B. The debtor should amend the schedule to include this additional vehicle. The debtor should increase her plan payment for feasibility. Based on the Trustee's calculations of the scheduled and filed claims, the Trustee estimates the debtor's plan payment will need to be approximately $1,005.00 per month. The Trustee reserves the right to assert additional bases for this pleading.

    THE TRUSTEE REQUESTS:

    That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

Dated: October 08, 2015

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

CM161
jeb

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 15-14598-MLB    Doc 19    Filed 10/08/15    Ent. 10/08/15 11:00:37    Pg. 1 of 1