Entered on Docket October 14, 2015

**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARY VERONICA MANCINI,

      Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 15-14598-MLB

ORDER DENYING CONFIRMATION

THIS MATTER came before the Court on the Chapter 13 Trustee's objection to confirmation (ECF No. 19). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtor's plan (ECF No. 2) and amended plan (ECF No. 16) is denied;

2) The debtor shall file and note a feasible amended plan by October 23, 2015. The debtor shall set the amended plan for hearing on the Court's November 25, 2015 calendar; and

3) The debtor shall file an amended Schedule B (Personal Property) by October 23, 2015.

///End of Order///

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124


Approved:

*/s/ Denise S. Kuhlman* [approved by email]
Denise S. Kuhlman, WSBA #18805
Attorney for Debtor

ORDER DENYING CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 15-14598-MLB    Doc 23    Filed 10/14/15    Ent. 10/14/15 17:06:21    Pg. 2 of 2